## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jeremy Salsburg, et al.

                     Plaintiff,

v.                                  Case No.: 1:21−cv−06343

                                  Honorable Matthew F. Kennelly

Invesco Capital Management, LLC

                     Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report and sets the following discovery and pretrial schedule. Rule 26(a)(1) disclosures appear to have already been made. Written discovery requests are to be served by 8/1/2022, and responses are to be served by 9/9/2022. Document production is to be substantially completed by 2/3/2023. Notices of deposition and subpoenas seeking third party documents and/or depositions are to be served by no later than 2/17/2023. Fact discovery is to be completed by 3/3/2023. The deadline for amending the pleadings and adding parties is 1/4/2023. Rule 26(a)(2) disclosures are to be made by 1/20/2023; rebuttal disclosures are to be made by 2/17/2023; opening reports under Rule 26(a)(2) are also to be served by 2/17/2023; and rebuttal reports are to be served by 3/17/2023. Expert depositions are to be competed by 4/7/2023. All discovery is to be completed by 4/21/2023. The deadline for filing dispositive motions is 5/5/2023. The telephonic status hearing set for 6/17/2022 is vacated and reset to 9/13/2022 at 9:00 AM, using call−in number 888−684−8852, access code 746−1053. Motion to continue status hearing is terminated as moot. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.