IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INVESCO CAPITAL MANAGEMEMENT, LLC. <br><br> Defendant. | Case No. 1:21-CV-06343 <br><br> Hon. Matthew F. Kennelly |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE JOINT STATUS REPORT AND EXHIBITS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Defendant Invesco Capital Management, LLC ("Defendant"), by and through its attorneys, Ropes & Gray LLP, respectfully asks this Court for entry of an order permitting Defendant to file the Joint Status Report, as well as certain of its supporting exhibits, under seal. In support of this motion, Defendant respectfully states as follows:

1. On January 26, 2022, Defendant and Plaintiffs Jeremy Salsburg, XDG Trading, LLC, Eagle's View Partners, Ltd., Eagle's View Management, LP and First Horizon Bank as Trustee for Jet Support Services, Inc. (together, "Plaintiffs," and together with Defendant, "the Parties") jointly moved for the entry of an Agreed Confidentiality Order, which the Court entered on February 3, 2022. Dkt. Nos. 26, 31.

2. On January 18, 2023, the Parties appeared before the Court for a telephonic status hearing. At that hearing, the Court ordered Plaintiffs to produce to Defendant the trading algorithm used by Plaintiffs to conduct the trades at issue in this action. The Court also ordered the Parties

1

to file by February 1, 2023, their respective proposals for a revised Confidentiality Order with additional protections for that algorithm, and a Joint Status Report outlining their respective proposals. Dkt. No. 70.

3. The Parties have reached an impasse with respect to the revised Confidentiality Order and have provided their respective positions to the Court in a Joint Status Report.

4. Defendant has supported its position in the Joint Status Report with quotations from materials already produced in discovery. Those materials, described in more detail below, bear Bates labels INVESCO_000000026, emails001337, and emails001269. Defendant has also attached those materials to the Declaration of Nicholas M. Berg, which it is filing along with the Joint Status Report.

5. Defendant produced the document bearing Bates label INVESCO_000000026 to Plaintiffs on October 21, 2022. Pursuant to the Agreed Confidentiality Order, Defendant designated the document "Confidential – Subject to Protective Order" because it contains confidential information regarding a third party's evaluation of an error in the basket file. To preserve the confidentiality of that document until the Court orders otherwise, Defendant respectfully requests leave to file the document and quotations from it under seal.

6. Plaintiffs produced to Defendant the documents bearing the Bates labels emails001337 and emails001269 on January 9, 2023.

7. Plaintiffs did not produce emails001337 and emails001269 with any affixed Confidentiality designation pursuant to the Agreed Confidentiality Order, but, in light of Plaintiffs' position in the Joint Status Report, Defendant believes Plaintiffs' failure to designate as confidential those documents (or any documents in its January 9, 2023, production) was

inadvertent. To protect information that Plaintiff likely believes is confidential, Defendant moves to file these documents under seal.

8. Pursuant to Local Rule 26.2(c), Defendant thus respectfully moves for leave to file the Joint Status Report and certain exhibits thereto under seal. The Joint Status Report and exhibits have been provisionally filed under seal contemporaneously with this motion. Defendant has also contemporaneously filed a redacted version of its Joint Status Report and exhibits omitting any Confidential information for the public record, pursuant to this Court's Standing Order on Protective Orders and Filing Documents Under Seal.

Accordingly, Defendant respectfully moves this Court for leave to file its Joint Status Report and certain exhibits under seal.

Dated: February 1, 2023            Respectfully submitted,

           */s/ Nicholas M. Berg*

Nicholas M. Berg
Anne C. Monjar
John L. Wolf
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorneys for Defendant*
*Invesco Capital Management, LLC*

3

## CERTIFICATE OF SERVICE

I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on February 1, 2023, and will be served upon the registered parties electronically via the Court's ECF Notice system.

/s/ Nicholas M. Berg

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*