IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INVESCO CAPITAL MANAGEMENT, LLC. <br><br> Defendant. | Case No. 1:21-cv-06343 <br><br> Hon. Matthew F. Kennelly |

### PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Plaintiffs Jeremy Salsburg, XDG Trading, LLC, Eagle's View Partners, Ltd., Eagle's View Management, LP, and First Horizon Bank as Trustee for Jet Support Services, Inc. (together, the "Plaintiffs") through their respective counsel, respectfully submit the following Plaintiffs' Supplemental Status Report regarding the status of discovery.

During the Court's status hearing held on February 8, 2023, the Court requested a supplement to the previously-filed joint status report. The Court asked Plaintiffs Salsburg and XDG Trading, LLC to explain why another party having access to Plaintiffs' source code for their trading algorithm would jeopardize Plaintiffs' business. Pursuant to this, attached as Exhibit 1 is a Supplemental Declaration from Plaintiff Salsburg explaining this concept.

As we previously stated, there is no relevant reason why Invesco needs the trading portion of Plaintiffs' algorithm. As Plaintiff Salsburg's Supplemental Declaration makes clear, he is willing to be cooperative with portions of the source code that focus on error checking for an intentionally doctored basket file, if the Court determines that it is relevant.

This Court has asked Defendant to more fully explicate its concerns regarding the

1

difficulty of establishing a "safe room" to view the source code. First, Defendant attempts to derogate the examples set forth in Plaintiffs' section of the joint status report as being agreed orders. That's how the system is supposed to work. A cursory search of Westlaw using the search terms 'computer source code protective order' indicates there are 475 references. Importantly, the Northern District of California (home to Silicon Valley) has promulgated a model protective order "STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS." A copy is attached as Exhibit 2. Paragraph 9 of that order recognizes that source codes are highly confidential and provides in paragraph 9(c)-

> "Any source code produced in discovery shall be made available for inspection, in a format allowing it to be reasonably reviewed and searched, during normal business hours or at other mutually agreeable times, at an office of the Producing Party's counsel or another mutually agreed upon location.[1] The source code shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers, and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device. The Producing Party may visually monitor the activities of the Receiving Party's representatives during any source code review, but only to ensure that there is no unauthorized recording, copying, or transmission of the source code."

This is precisely what Plaintiffs have proposed to Defendant and is similar to the language agreed orders we presented in the joint status report. It is also similar to orders proposed and agreed upon by Ropes and Gray in another matter. *See Affinity Labs of Texas, LLC v. Samsung Electronics Co., Ltd. a*ttached as Ex. 3.

---

[1] *Alternative*: Any source code produced in discovery shall be made available for inspection in a format through which it could be reasonably reviewed and searched during normal business hours or other mutually agreeable times at a location that is reasonably convenient for the Receiving Party and any experts to whom the source code may be disclosed. This alternative may be appropriate if the Producing Party and/or its counsel are located in a different jurisdiction than counsel and/or experts for the Receiving Party.

Moreover, Defendant has postulated that such an order would cost $190,000 to implement without providing support. Plaintiffs assume Defendant will attempt to provide more detail to support their position. In the last two days, Plaintiffs discovered a vendor that specializes in creating virtual safe rooms to provide the above protections and will consent to using it for Defendant's expert to review Plaintiff's error-checking code. This process was developed during COVID to deal with the inability of parties to leave their offices or homes, yet allow for litigation to continue. The vendor, Consilio, has a product called "Special Counsel" which provides for "Remote Source Code Review with Workspace" and is used by numerous prominent law firms at a very modest cost. For example, firms that have utilized it include Kirkland & Ellis, Latham & Watkins, and Ropes & Gray. The pricing is as follows:

**Platform Access, $350 per seat per month. (Local Review Machine)**
- This includes access to the platform via a supplied hardened laptop shipped to each individual and returned at the end of the project.

**Up to 1TB Data Storage, $1,200 per month**
- We'll host up to 1 TB of source code on our secure system for the duration of the project. Additional capacity is available in blocks of 1TB for $1,000 each.

**Remote Monitoring, $225 per hour**
- We'll provide a remote proctor to manage access to the platform and watch those with access to the source code via webcam in real time. Access to the platform requires monitoring.
- A single remote proctor can monitor up to 8 individuals simultaneously. Depending on workload, additional proctors may be assigned to cover extended days and hours.

**Project Management & Technical Time, $225 per hour**
- Project management such as getting the data in and out of the platform, etc. is billed at this rate.
- Technical Time setting up environment specifics and working with the source code to get it into a workable format for review and similar work is billed at this rate.

**3rd Party Software Tools & Licensing, At Cost**

- Consilio may load select software tools agreed by the client
- These software tools may include text editors, source code analysis tools, zip/compression utilities, and multi-file text search tools such as "grep." Specific tools may include (but not be limited to): Eclipse, Notepad++, Source-Navigator, PowerGrep, ExamDiff Pro, Understand, Beyond Compare, CodeSuite, Sherlock, JPlag, SIM, Git, SVN, or similar programs
- Fully and appropriately licensed copies of the software tools must can be provided to Consilio by the Party wishing to use such tools. Any additional costs related to 3rd Party Software Tools & Licensing will be passed along and billed to client at cost

A description of the services provided by Consilio is attached as Exhibit 4. A sample of their protective order is attached as Exhibit 5.

Dated: February 10, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James L. Koutoulas
　　　　　　　　　　　　　　　　　　　　James L. Koutoulas
　　　　　　　　　　　　　　　　　　　　**Koutoulas Law, LLC**
　　　　　　　　　　　　　　　　　　　　10 N. Dearborn, Suite 400
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　james@koutoulaslaw.com

　　　　　　　　　　　　　　　　　　　　J. Samuel Tenenbaum
　　　　　　　　　　　　　　　　　　　　**Tenenbaum Law, LLC**
　　　　　　　　　　　　　　　　　　　　10 N. Dearborn, Suite 400
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　sam@tenenbaumlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Jeremy Salsburg, XDG Trading, LLC, Eagle's View Partners, Ltd., Eagle's View Management, LP, and First Horizon Bank as Trustee for Jet Support Services, Inc.*

## CERTIFICATE OF SERVICE

I, James L. Koutoulas, hereby certify that the foregoing document was electronically filed on February 10, 2023, and will be served upon the registered parties electronically via email and the Court's ECF Notice system.

/s/ James L. Koutoulas
James L. Koutoulas
**Koutoulas Law, LLC**
10 N. Dearborn, Suite 400
Chicago, IL 60602
james@koutoulaslaw.com

J. Samuel Tenenbaum
**Tenenbaum Law, LLC**
10 N. Dearborn, Suite 400
Chicago, IL 60602
sam@tenenbaumlaw.com

*Attorneys for Plaintiffs Jeremy Salsburg, XDG Trading, LLC, Eagle's View Partners, Ltd., Eagle's View Management, LP, and First Horizon Bank as Trustee for Jet Support Services, Inc.*