IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INVESCO CAPITAL MANAGEMEMENT, LLC. <br><br> Defendant. | Case No. 1:21-CV-06343 <br><br> Hon. Matthew F. Kennelly |

**SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANT
INVESCO CAPITAL MANAGEMENT, LLC'S
<u>PROPOSED REVISED CONFIDENTIALITY ORDER</u>**

In compliance with the Court's directive during the parties' hearing on February 8, 2023, as well as the Court's Order from that day, Invesco Capital Management, LLC hereby submits the attached declarations to support certain statements Invesco made in support of its position in the February 1, 2023, Joint Status Report.

Dated: February 10, 2023

Respectfully submitted,

<u>/s/ Nicholas M. Berg</u>

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant
Invesco Capital Management, LLC.*

1

## CERTIFICATE OF SERVICE

I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on February 10, 2023, and will be served upon the registered parties electronically via email and the Court's ECF Notice system.

<u>/s/ Nicholas M. Berg</u>

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*