IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>INVESCO CAPITAL MANAGEMENT, LLC. <br><br>Defendant. | Case No. 1:21-CV-06343 <br><br> Hon. Matthew F. Kennelly |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE PROPOSED REVISED CONFIDENTIALITY ORDER
AND ATTACHMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Defendant Invesco Capital Management, LLC ("Defendant"), by and through its attorneys, Ropes & Gray LLP, respectfully asks this Court for entry of an order permitting Defendant to file its Proposed Revised Confidentiality Order, as well as certain of its supporting attachments, under seal. In support of this motion, Defendant respectfully states as follows:

1. On February 13, 2023, Defendant and Plaintiffs Jeremy Salsburg, XDG Trading, LLC, Eagle's View Partners, Ltd., Eagle's View Management, LP and First Horizon Bank as Trustee for Jet Support Services, Inc. (together, "Plaintiffs," and together with Defendant, "the Parties") appeared before the Court for a telephonic hearing. At that hearing, the Court ordered Defendant to submit a Proposed Revised Confidentiality Order that would govern the protections to be put in place by Defendant's expert for review of the source code underlying the algorithmic trading system belonging to Plaintiffs Jeremy Salsburg and/or Plaintiff XDG Trading, LLC (the

1

"Source Code"), which, on January 18, 2023, the Court ordered Plaintiffs to produce to Defendant. Dkt. No. 80.

2. Following that February 13, 2023, hearing, Defendant engaged Keith A. Palzer of Ankura Consulting Group, LLC ("Ankura") as its designated expert to receive, review, and analyze the Source Code.

3. Defendant has, in close consultation with Mr. Palzer, crafted an addendum to the Confidentiality Order entered by the Court on February 3, 2022, *see* Dkt. No. 31, that outlines in detail the steps to be taken by Mr. Palzer and his staff to ensure the protection of the Source Code.

4. That addendum (Attachment B to Exhibit 1, Defendant's Proposed Revised Confidentiality Order) and the addendum's supporting exhibit (together, "Attachment B") contain confidential and proprietary information regarding Ankura's data security protocols and the processes Ankura intends to use to keep the Source Code secure. Attachment B and its supporting exhibit have therefore been designated "Confidential" and "Highly Confidential" by Defendant.

5. To preserve the confidentiality of Attachment B until the Court orders otherwise, and pursuant to Local Rule 26.2(c), Defendant respectfully requests leave to file Attachment B and portions of the redline comparison (Exhibit 2) created from it under seal. Attachment B and Exhibit 2 have been provisionally filed under seal contemporaneously with this motion. Defendant has also contemporaneously filed a redacted version of its Proposed Revised Confidentiality Order omitting any confidential information for the public record, pursuant to this Court's Standing Order on Protective Orders and Filing Documents Under Seal.

Accordingly, Defendant respectfully moves this Court for leave to file Attachment B and Exhibit 2 under seal.

Dated: February 27, 2023            Respectfully submitted,

                                             */s/ Nicholas M. Berg*

Nicholas M. Berg
Anne C. Monjar
John L. Wolf
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorneys for Defendant*
*Invesco Capital Management, LLC*

3

## CERTIFICATE OF SERVICE

I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on February 27, 2023, and will be served upon the registered parties electronically via the Court's ECF Notice system.

/s/ Nicholas M. Berg

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*