# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:21-CV-06343 <br> ) <br> ) Hon. Matthew F. Kennelly <br> ) Hon. Maria Valdez |
| v. | ) |
| INVESCO CAPITAL MANAGEMENT, LLC. | )<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT INVESCO CAPITAL MANAGEMENT, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and for the reasons set forth in Invesco Capital Management, LLC's ("Invesco") Memorandum of Law in Support of Defendant Invesco Capital Management, LLC's Motion for Summary Judgment, Invesco respectfully moves this Court to enter summary judgment in its favor with respect to all remaining causes of action asserted against Invesco in Plaintiffs' Complaint (Dkt. No. 1-1). As grounds, Invesco asserts that there are no genuine issues of material fact, and judgment is due to be entered against Plaintiffs on all remaining counts as a matter of law.

WHEREFORE, Invesco respectfully requests that this Court enter summary judgment in Invesco's favor and against Plaintiffs on all counts of Plaintiffs' Complaint with prejudice and grant such other and further relief as this Court deems just and proper.

Dated: June 2, 2023                                    Respectfully submitted,

                                                       */s/ Nicholas M. Berg*

                                                       Nicholas M. Berg
                                                       Philip P. Ehrlich
                                                       John L. Wolf
                                                       Anne C. Monjar
                                                       **ROPES & GRAY LLP**
                                                       191 North Wacker Drive, 32nd Floor
                                                       Chicago, IL 60606
                                                       T: 312.845.1200
                                                       F: 312.845.5538
                                                       Nicholas.Berg@ropesgray.com

                                                       *Counsel for Defendant Invesco Capital Management, LLC*

## CERTIFICATE OF SERVICE

I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on June 2, 2023, and will be served upon the registered parties electronically via the Court's ECF Notice system.

*/s/ Nicholas M. Berg*

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*