**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., | ) ) ) ) ) | Case No. 1:21-CV-06343 |
| | ) | Hon. Matthew F. Kennelly |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INVESCO CAPITAL MANAGEMENT, LLC. | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF NICHOLAS M. BERG IN SUPPORT OF DEFENDANT INVESCO CAPITAL MANAGEMENT, LLC'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Nicholas M. Berg, hereby declare, pursuant to 28 U.S.C. § 1746, that the following facts are true and accurate to the best of my knowledge and belief.

1.     I am an attorney at Ropes & Gray LLP and counsel to Invesco Capital Management, LLC ("Invesco") in the above-captioned matter. I am a member of the Illinois bar, and I am admitted to practice before the United States District Court for the Northern District of Illinois.

2.     I submit this declaration with and in support of the filing of Invesco's Rule 56.1 Statement of Material Facts in Support of its Motion for Summary Judgment.

3.     Attached hereto as **Exhibit 1** is a true and accurate copy of a sworn declaration made by Rudolf Reitmann, Director of ETF and UIT Operations Products at Invesco Capital Management, LLC, pursuant to 28 U.S.C. § 1746.

1

4.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Joint Statement of Undisputed Facts filed with the Court on May 11, 2023.  *See* Dkt. No. 93.

5.      Attached hereto as **Exhibit 3** is a true and accurate copy of a sworn declaration made by Allison Mike, the ETF Operations Manager at Bank of New York Mellon ("BNY"), pursuant to 28 U.S.C. § 1746.

6.      Attached hereto as **Exhibit 4** is a true and accurate copy of the NASDAQ-100 Trust, Series 1 Standard Terms and Conditions of Trust dated March 1, 1999, which is publicly available on the SEC's website as an exhibit to the NASDAQ-100 Trust, Series 1 registration statement, which was filed on March 9, 1999.  The copy attached was filed with the Court on December 6, 2021 as an exhibit to Defendant's Memorandum in Support of its Motion to Dismiss. *See* Dkt. No. 12-1.

7.      Attached hereto as **Exhibit 5** is a true and accurate copy of a September 1, 2020 email among personnel at Invesco produced by Defendant in discovery bearing the Bates label INVESCO_000000053.

8.      Attached hereto as **Exhibit 6** is a true and accurate copy of a March 27, 2020 email exchange among personnel at Plaintiffs Eagle's View Management, LP ("EVML") and Eagle's View Partners, Ltd. ("EVPL") produced by Plaintiffs in discovery bearing the Bates label emails001438.

9.      Attached hereto as **Exhibit 7** is a true and accurate copy of a May 31, 2020 email exchange among personnel at EVML and EVPL produced by Plaintiffs in discovery bearing the Bates label emails001338.

10.     Attached hereto as **Exhibit 8** is a true and accurate copy of a June 1, 2020 email, and attachment, between Plaintiff Jeremy Salsburg and Neal Berger, principal at EVML and EVPL, produced by Plaintiffs in discovery bearing the Bates label emails00001583.

11.     Attached hereto as **Exhibit 9** is a true and accurate copy of a December 2022 email exchange between Plaintiffs' counsel and Defendant's counsel, which was filed with the Court as an exhibit to a Joint Status Report on January 11, 2023. *See* Dkt. No. 68-1.

12.     Attached hereto as **Exhibit 10** is a true and accurate copy of a February 19, 2020 email, and attachment, between Plaintiff Salsburg and personnel at SageTrader LLC ("SageTrader"), produced by Plaintiffs in discovery bearing the Bates label emails002420.

13.     Attached hereto as **Exhibit 11** is a true and accurate copy of a June 10, 2020 email between Plaintiff Salsburg and personnel at SageTrader, produced by Plaintiffs in discovery bearing the Bates label emails001577.

14.     Attached hereto as **Exhibit 12** is a true and accurate copy of an August 25, 2020 email, and attachments, between Plaintiff Salsburg and personnel at EVPL and EVML, produced by Plaintiffs in discovery bearing the Bates label emails001287.

15.     Attached hereto as **Exhibit 13** is a true and accurate copy of a September 10, 2020 email, and attachment, among Invesco personnel, produced by Defendant in discovery bearing the Bates label INVESCO_000000026.

16.     Attached hereto as **Exhibit 14** is a true and accurate copy of an August 31, 2020 email, and attachment, between Plaintiff Salsburg and personnel at Plaintiffs EVPL and EVML, produced by Plaintiffs in discovery bearing the Bates label emails001265.

17.     Attached hereto as **Exhibit 15** is a true and accurate copy of an August 31, 2020 email from a representative of Virtu Financial to Invesco personnel, produced by Defendant in discovery bearing the Bates label INVESCO_000000011.

18.     Attached hereto as **Exhibit 16** is a true and accurate copy of an August 31, 2020 email among Invesco personnel, produced by Defendant in discovery bearing the Bates label INVESCO_000000020.

19.     Attached hereto as **Exhibit 17** is a true and accurate copy of an August 31, 2020 email, and attachment, from Elizabeth Despain, Invesco's Senior ETF Port Ops Specialist, produced by Defendant in discovery bearing the Bates label INVESCO_000000003.

20.     Attached hereto as **Exhibit 18** is a true and accurate copy of an August 31, 2020 email, and attachment, from Ms. Despain, produced by BNY in discovery bearing the Bates label BNY_000671.

21.     Attached hereto as **Exhibit 19** is a true and accurate copy of an August 31, 2020 email, and attachment, from Robert Rimassa of BNY to Wedbush personnel, produced without a Bates label by Wedbush in discovery.

22.     Attached hereto as **Exhibit 20** is a true and accurate copy of an August 31, 2020 email among Sagetrader and Wedbush personnel, produced without a Bates label by Wedbush in discovery.

23.     Attached hereto as **Exhibit 21** is a true and accurate copy of an August 31, 2020 email between Plaintiff Salsburg and Boothbay Management, produced by Plaintiffs in discovery bearing the Bates label emails003293.

24.     Attached hereto as **Exhibit 22** is a true and accurate copy of a September 1, 2020 email among Plaintiffs Salsburg, EVML, and EVPL, produced by Plaintiffs in discovery bearing the Bates label emails000901.

25.     Attached hereto as **Exhibit 23** is a true and accurate copy of a September 2, 2020 email among Plaintiffs Salsburg, EVML, and EVPL, produced by Plaintiffs in discovery bearing the Bates label emails001704.

26.     Attached hereto as **Exhibit 24** is a true and accurate copy of a September 15, 2020 email among Plaintiffs Salsburg and personnel at Eventus Trading Partners, produced by Plaintiffs in discovery bearing the Bates label emails003276.

27.     Attached hereto as **Exhibit 25** is a true and accurate copy of a September 29, 2020 email between Plaintiff Salsburg and personnel at Boothbay Management, produced by Plaintiffs in discovery bearing the Bates label emails001127.

28.     Attached hereto as **Exhibit 26** is a true and accurate copy of an August 31, 2020 email between Arman Mikayelyan, principal at EVML and EVPL, and Sean O'Higgins of O'Higgins Asset Management, Inc., produced by Plaintiffs in discovery bearing the Bates label emails000923.

29.     Attached hereto as **Exhibit 27** is a true and accurate copy of a September 3, 2020 email from Joe DaGrosa, principal at Jet Support Services, Inc. ("JSSI"), produced by Plaintiffs in discovery bearing the Bates label emails001347.

30.     Attached hereto as **Exhibit 28** is a true and accurate copy of a February 2, 2022 email among Plaintiff Salsburg and personnel at EVML and EVPL, produced by Plaintiffs in discovery bearing the Bates label emails000985.

31.     Attached hereto as **Exhibit 29** is a true and accurate copy of a September 8, 2020 email among personnel at JSSI, produced by Plaintiffs in discovery bearing the Bates label JSSI04072023000001.

32.     Attached hereto as **Exhibit 30** is a true and accurate copy of a September 25, 2020 email from Plaintiff Salsburg to personnel at Bloomberg, produced by Plaintiffs in discovery bearing the Bates label emails001138.

33.     Attached hereto as **Exhibit 31** is a true and accurate copy of a September 2, 2020 email from Plaintiff Salsburg to Invesco personnel, produced by Plaintiffs in discovery bearing the Bates label emails000047.

34.     Attached hereto as **Exhibit 32** is a true and accurate copy of a September 16, 2020 email from Plaintiff Salsburg to Invesco personnel, produced by Plaintiffs in discovery bearing the Bates label emails000855.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of

June, 2023.


*/s/ Nicholas M. Berg*

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant*
*Invesco Capital Management, LLC.*

**CERTIFICATE OF SERVICE**

I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on June 2, 2023, and will be served upon the registered parties electronically via email and the Court's ECF Notice system.

/s/ Nicholas M. Berg

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*