IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INVESCO CAPITAL MANAGEMENT, LLC. <br><br> Defendant. | Case No. 1:21-CV-06343 <br><br> Hon. Matthew F. Kennelly <br> Hon. Maria Valdez |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Defendant Invesco Capital Management, LLC ("Defendant"), by and through its attorneys, Ropes & Gray LLP, respectfully asks this Court for entry of an order permitting Defendant to file its Reply in Support of Its Motion for Summary Judgment under seal. In support of this motion, Defendant respectfully states as follows:

1. On June 2, 2023, Defendant moved for leave to file its Motion for Summary Judgment, along with certain accompanying documents and exhibits, under seal. Dkt. No. 100. The Court granted Defendant's motion to seal on June 4, 2023. Dkt. No. 105.

2. Plaintiffs filed their Response to Defendant's Motion for Summary Judgment on July 3, 2023. Dkt. No. 112. Plaintiffs did not move for, and the Court has not granted, leave for Plaintiffs to file their Response and accompanying documents under seal. Nonetheless, Plaintiffs' Response and accompanying documents are currently sealed.

1

3. In its Reply, Invesco quotes from Plaintiffs' Response and accompanying documents. Those quotations come from documents that are currently sealed.

4. To protect the confidentiality of those quotations until the Court orders otherwise, pursuant to Local Rule 26.2(c), Defendant thus respectfully moves for leave to file its Reply in Support of Its Motion for Summary Judgment under seal. Defendant's Reply in Support of Its Motion for Summary Judgment has been provisionally filed under seal contemporaneously with this motion. Defendant has also contemporaneously filed a redacted version of its Reply in Support of Its Motion for Summary Judgment for the public record, pursuant to this Court's Standing Order on Protective Orders and Filing Documents Under Seal.

5. Accordingly, Defendant respectfully moves this Court for leave to file its Reply in Support of Its Motion for Summary Judgment under seal.

Dated: July 18, 2023                          Respectfully submitted,

*/s/ Nicholas M. Berg*

Nicholas M. Berg
Philip P. Ehrlich
Anne C. Monjar
John L. Wolf
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorneys for Defendant*
*Invesco Capital Management, LLC*

## CERTIFICATE OF SERVICE

      I, Nicholas M. Berg, hereby certify that the foregoing document was electronically filed on July 18, 2023, and will be served upon the registered parties electronically via the Court's ECF Notice system.

      /s/ Nicholas M. Berg

Nicholas M. Berg
**ROPES & GRAY LLP**
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Tel: (312) 845-1200
Fax: (312) 845-5522
Nicholas.Berg@ropesgray.com

*Attorney for Defendant Invesco Capital Management, LLC*